OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** January 18, 2022  **Time:** 3:04-3:10= 6 Minutes  **Judge:** EDWARD M. CHEN

**Case No.:** 3:21-cv-03234-EMC  **Case Name:** Merante v. American Institute for Foreign Study, Inc.

**Attorneys for Plaintiff:** Peter Rukin and Clara Coleman

**Attorney for Defendant:** Robert Tucker

**Deputy Clerk:** Vicky Ayala  **Court Reporter:** Belle Ball

PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference

SUMMARY

Parties stated appearances.

Defendant intends to move for a stay.  Parties agreed to meet and confer regarding a partial stay which will allow some discovery to continue.  The Court ordered the parties to meet and confer to reach a stipulation for a partial stay.  If the parties are unable to reach an agreement; defendant will file their motion.

Parties have a Settlement Conference with Judge Spero on February 9, 2022.  Plaintiff will not file a motion to remand.

Court set a **Status Conference for July 12, 2022, at 2:30 p.m.**  Joint Status Report **due by July 5, 2022.**