UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 21-cv-03234-EMC (JCS)

**Case Name:**  Merante v.  American Institute for Foreign Study, Inc.

**Date:** February 9, 2022        **Time:** 3.5 Hours

**Deputy Clerk:** Karen Hom        **Digital Recorder:**  Not Reported

**Attorney for Plaintiff:**  Matt Helland, Peter Rukin
**Attorney for Defendant:** Robert Tucker, Stephen J. Macri

## ZOOM PROCEEDINGS

( )  Zoom Settlement Conference

    ( ) Case Settled        ( ) Case Did Not Settle        ( ) Partial Settlement

(X)  Further Zoom Settlement Conference - Held

    ( ) Case Settled        ( ) Case Did Not Settle        ( ) Partial Settlement

( )  Zoom Scheduling Conference to set Settlement Conference

( )  Further Zoom Settlement Conference

( )  Discovery Conference – Lead Trial Counsel Meet and Confer

( )  Zoom Status Conference
( )  Other

**Notes:**  Further settlement conference, if necessary, set for 3/23/2022 at 10:00 AM by Zoom Meeting. Parties may use the same Zoom Meeting ID: 161 664 4640. Passcode: 841312. Updated settlement statements due 3/16/2022 and emailed to jcssettlement@cand.uscourts.gov Parties to submit pre-registration information by 3/16/2022 by 4:00 PM to jcssettlement@cand.uscourts.gov

Parties in attendance: Isabella Merante, plaintiff.  M. Stephen Rasch, defendant representative.